IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLE KOLCZ, CYNTRELLE FANIEL, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, <br><br> Defendant. | ) ) ) ) ) ) ) CASE NO. 20-cv-1557 ) ) ) ) ) ) ) |

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF A CLASS AND COLLECTIVE ACTION SETTLEMENT; CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS; DESIGNATION OF CLASS REPRESENTATIVES AND APPOINTMENT OF PLAINTIFFS' COUNSEL; AND APPROVAL OF THE FORM AND MANNER OF CLASS SETTLEMENT NOTICE**

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs ask the Court to enter an order:

1. Preliminarily approving the class-wide Settlement Agreement negotiated by Plaintiffs and Cellco Partnership d/b/a Verizon Wireless ("Verizon");

2. Conditionally certifying the proposed class for settlement purposes only;

3. Designating Nichole Kolcz and Cyntrelle Faniel as Class Representatives and their attorneys as Class Counsel;

4. Approving the form and manner of class notice; and

5. Setting a date for a final fairness hearing.

6. A draft order is attached to the memorandum of law filed in support of this motion.

WHEREFORE, Plaintiffs request entry of the attached draft order or a similar order.

Respectfully submitted,

/s/   Christopher J. Wilmes

Christopher J. Wilmes
Justin Tresnowski
Hughes Socol Piers Resnick & Dym
70 W. Madison St. Suite 4000
Chicago, IL 60602
(312) 580-0100

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2021, I electronically filed the attached Plaintiffs' Uncontested Motion for Preliminary Approval of a Class and Collective Action Settlement; Conditional Certification of Settlement Class; Designation of Class Representatives and Appointment of Plaintiffs' Counsel; and Approval of the Form and Manner of Class Settlement Notice, the memorandum in support of same and all exhibits with the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF Registrants:

>Brent D. Knight
>Elsa Andrianifahanana
>Jones Day
>77 W. Wacker Dr., Suite 3500
>Chicago, IL  60601
>bdknight@jonesday.com
>eandriani@jonesday.com

>Respectfully submitted,
>
>/s/ Christopher J. Wilmes
>One of the Attorneys for Plaintiffs