IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLE KOLCZ, CYNTRELLE FANIEL, individually and on behalf of others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | CASE NO. 20-cv-1557<br>)<br>) |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | )<br>)<br>) |
| Defendant. | ) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AUTHORIZATION TO DISTRIBUTE SETTLEMENT FUNDS, AND <u>AWARD OF ATTORNEYS' FEES</u>**

Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs move this Court to enter an order finally approving the Settlement Agreement that this Court preliminarily approved on February 26, 2021. In support of this Motion, Plaintiffs have submitted a Memorandum in Support of Their Motion for Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees. A draft order is attached as Exhibit 4 to that Memorandum.

WHEREFORE, Plaintiffs ask the Court to enter the order attached as Exhibit 4 to Plaintiffs' Memorandum in Support of Their Motion For Final Approval of Class Action Settlement, Authorization to Distribute Settlement Funds, and Award of Attorneys' Fees, or such similar order as the Court deems appropriate.

DATED: April 26, 2021

                                                                       Respectfully submitted,

                                                                       /s/Christopher J. Wilmes
                                                                       One of the Attorneys for the Plaintiffs

Christopher J. Wilmes
Justin Tresnowski
HUGHES, SOCOL, PIERS, RESNICK & DYM, LTD.
70 West Madison Street
Suite 4000
Chicago, Illinois 60602
312-604-2636